## AMERICAN NATIONAL INSURANCE COMPANY, Appellant, v. Maria H. CASTILLO, Appellee.

### No. 8665.

Court of Civil Appeals of Texas. San Antonio.
Oct. 28, 1931.

Carter & Carter, of San Antonio, for appellant.

Bat Corrigan, of San Antonio, for appellee.

FLY, C. J.

This cause is a parallel one to the case of American National Insurance Company v. Jesus Meneses, 42 S.W.(2d) 1047, this day decided by this court, and the decision in this case will be governed by the rulings in that case.

For the reasons given in the opinion named herein, the judgment is reversed, and the cause remanded.